**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **YASSER ABDULLAH,** | ) | **CASE NO.1:12CV2151** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| | ) | **O R D E R** |
| | ) | |
| **ERIC HOLDER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This Court has reviewed the Report and Recommendation (Doc.# 8) of Magistrate Judge George J. Limbert regarding Defendants' Motion to Dismiss for lack of jurisdiction(Doc.# 7).

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but both Plaintiff and Defendants has failed to timely file any such objections.  Therefore, the Court must assume that both are satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 8), and the Motion to Dismiss (Doc. #7) is granted.  Petitioner's Petition is dismissed without prejudice.

IT IS SO ORDERED.

Dated: 7/8/2013

                        *S/Christopher A. Boyko*
                        CHRISTOPHER A. BOYKO
                        UNITED STATES DISTRICT JUDGE